RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Harold David Sobel

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HAROLD DAVID SOBEL,<br><br>        Defendant. | Case No. 2:21-cr-00235-APG-EJY<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, and Gustav W. Eyler, Director, and Meredith B. Healy and Wei Xiang, Trial Attorneys, U.S. Department of Justice, Consumer Protection Branch, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Harold David Sobel., that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including April 25, 2022, within which to file the pretrial motions currently due April 11, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 9, 2022, to file any and all responsive pleadings, currently due April 25, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 16, 2022, to file any and all replies to dispositive motions, currently due May 2, 2022.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to investigate, research, and file pretrial motions.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to research and file pretrial motions.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 6th day of April 2022.

RENE L. VALLADARES                     CHRISTOPHER CHIOU
Federal Public Defender                      Acting United States Attorney


        /s/ Nisha Brooks-Whittington                  /s/ Mina Chang
By_____           By_____
NISHA BROOKS-WHITTINGTON       MINA CHANG
Assistant Federal Public Defender           Assistant United States Attorney

2

GUSTAV W. EYLER
Director
U.S. Department of Justice

*/s/ Meredith Burns Healy*
By_____

MEREDITH BURNS HEALY
Trial Attorney

*/s/ Wei Xiang*
By_____

WEI XIANG
Trial Attorney

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

HAROLD DAVID SOBEL,

        Defendant.

Case No. 2:21-cr-00235-APG-EJY

FINDINGS OF FACT, CONCLUSIONS
OF LAW AND ORDER

9

10

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

11

12

       Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

13

14

       1.     Counsel for the defendant needs additional time to investigate, research, and file pretrial motions.

15

       2.     The defendant is incarcerated and does not object to the continuance.

16

       3.     The parties agree to the continuance.

17

18

19

       4.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to research and file pretrial motions.

20

21

       5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

22

/ / /

23

/ / /

24

/ / /

25

26

4

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 25, 2022, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 9, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 16, 2022, to file any and all replies to dispositive motions.

DATED this 11th day of April 2022.

_____

UNITED STATES DISTRICT JUDGE