# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>HAROLD DAVID SOBEL,<br><br>    Defendant | Case No.: 2:21-cr-00235-APG-EJY<br><br>**Order** |

I ORDER that non-party CoreCivic, Inc. shall file a response regarding defendant Harold Sobel's medical care by August 22, 2022.

DATED this 8th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE