# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>HAROLD DAVID SOBEL,<br><br>    Defendant | Case No.: 2:21-cr-00235-APG-EJY<br><br>**Order Granting Motions to Seal**<br><br>[ECF Nos. 56, 59, 62, 70] |

I HEREBY ORDER that the parties' motions to seal various medical records of defendant Harold Sobel (ECF Nos. 56, 59, 62, 70) are GRANTED. The documents currently filed at ECF Nos. 57, 60, 63, and 71 shall remain under seal.

Sobel filed his reply under seal at ECF No. 73. That document will remain under seal. But by September 28, 2022, Sobel will file, unsealed, a redacted version of his that deletes confidential medical information and personal identifying information.

DATED this 19th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE