KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JACQUELINE TIRINNANZI, ESQ.
Nevada Bar No. 13266
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Harold David Sobel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD DAVID SOBEL,<br><br>Defendant. | CASE NO.: 2:21-cr-00235-APG-EJY<br><br>**Stipulation to Continue Sentencing and Proposed Order**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney for the District of Nevada, and Mina Chang, Assistant United States Attorney, and Gustav W. Eyler, Director, and Meredith B. Healy and Wei Xiang, Trial Attorneys, U.S. Department of Justice, Consumer Protection Branch, counsel for the United States of America, and Jacqueline Tirinnanzi and Kathleen Bliss, counsel for Harold David Sobel, that the sentencing hearing currently scheduled for November 3, 2022 at 1:30 p.m. (ECF No. 80) is continued for one week, to a date and time convenient to this Court, which this Court has indicated as November 9, 2022. This stipulation is made and based upon the following:

1. Mr. Sobel was indicted on August 24, 2021 with conspiracy (count one) in violation of 18 U.S.C. § 371 and false statement to a bank (counts two and three) in violation of 18 U.S.C. § 1014. (ECF No. 14.)

2. Mr. Sobel entered a change of plea on July 14, 2022, pleading guilty to one count of conspiracy to commit bank fraud in violation of 18 U.S.C. §§ 1349 and 1344(1). (ECF No. 53).

3. Counsel for Mr. Sobel were recently in Reno preparing and attending a trial during the

first half of September 2022 and require additional time to review relevant materials and continue meeting with Mr. Sobel in preparation for sentencing.

4. Defense counsel Bliss was recently made aware she must travel out of state during the week of November 3, 2022, to assist with a family member's medical condition and appointments. Therefore, the parties agree to a one-week continuance of the sentencing date, currently scheduled for November 3, 2022, at 1:30 p.m. (ECF No. 80). This Court has indicated November 9, 2022, as a convenient date to reschedule the sentencing hearing. Said date is also amenable for government counsel, some of whom will travel to Las Vegas from Washington, D.C.

5. Mr. Sobel remains in custody at the Nevada Southern Detention Center in Pahrump, Nevada and does not oppose this continuance.

6. The additional time requested herein is sought in good faith and not for purposes of delay.

7. This is the second stipulation to continue the sentencing hearing.

8. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

9. Denial of this request for continuance would deny counsel for Mr. Sobel sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 17th day of October, 2022.

JASON M. FRIERSON
United States Attorney

By /s/ Mina Chang
MINA CHANG
Assistant United States Attorney

GUSTAV W. EYLER
Director, Consumer Protection Branch
U.S. Department of Justice

By /s/ Meredith Burns Healy
MEREDITH BURNS HEALY
Trial Attorney

By /s/ Wei Xiang
WEI XIANG
Trial Attorney

*/s/ Jacqueline Tirinnanzi*
JACQUELINE TIRINNANZI, ESQ.
Counsel for Harold David Sobel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD DAVID SOBEL,<br><br>Defendant. | CASE NO.: 2:21-cr-00235-APG-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND PROPOSED ORDER** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Sobel was indicted on August 24, 2021 with conspiracy (count one) in violation of 18 U.S.C. § 371 and false statement to a bank (counts two and three) in violation of 18 U.S.C. § 1014. (ECF No. 14.)

2. Mr. Sobel entered a change of plea on July 14, 2022, pleading guilty to one count of conspiracy to commit bank fraud in violation of 18 U.S.C. §§ 1349 and 1344(1). (ECF No. 53).

3. Counsel for Mr. Sobel were recently in Reno preparing and attending a trial during the first half of September 2022 and require additional time to review relevant materials and continue meeting with Mr. Sobel in preparation for sentencing.

4. Defense counsel Bliss was recently made aware she must travel out of state during the week of November 3, 2022, to assist with a family member's medical condition and appointments. Therefore, the parties agree to a one-week continuance of the sentencing date, currently scheduled for November 3, 2022, at 1:30 p.m. (ECF No. 80). This Court has indicated November 9, 2022, as a convenient date to reschedule the sentencing hearing. Said date is also amenable for government counsel, some of whom will travel to Las Vegas from Washington, D.C.

5. Mr. Sobel remains in custody at the Nevada Southern Detention Center in Pahrump,

Nevada and does not oppose this continuance.

6. The additional time requested herein is sought in good faith and not for purposes of delay.

7. This is the second stipulation to continue the sentencing hearing.

8. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

9. Denial of this request for continuance would deny counsel for Mr. Sobel sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

## ORDER

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Sobel's sentencing hearing currently scheduled for November 3, 2022, at 1:30 p.m., be VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for November 9, 2022 at the hour of 11:00 a.m in Courtroom 6C before Judge Andrew P. Gordon.

DATED: October 18, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE