**From:** Christy Ramirez
**Sent:** Tuesday, December 13, 2022 1:35 PM
**To:** Jackie Tirinnanzi
**Subject:** Sobel

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender ramirezac21@yahoo.com**

To the Courts,
I have know Mr.Sobel for 30 Plus yours I have always known him to be a kind and honest man. He is well liked and respected in our community he was our family dentist for over 20 years let the court allow me to Relate to one incident of Mr. Sobel kindness during a period of financial hardship for my family Mr.Sobel Insist on doing emergency dental work on my son who was in an accident Mr.Sobel insist on him performing the work even knowing that we could not offer to pay for the service they are mini similar stories of Mr. so both kindnessInsist on doing emergency dental work on my son who was in an accident Mr. Sobol insist on him performing the work even knowing that we could not offer to pay for the service they are mini similar stories of Mr. Sobel kindness for are Community are family as well. As a  community at large Where shocked to learn of Mr. Sobel arrest. The same contemplating out of character for the man we know we respectfully. Asking the court for any consideration this man justly Deserves respectful....
Thank you
Ramirez family


Sent from Yahoo Mail for iPhone



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Exercising**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Family and Community Reunification**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing
**Expectations and Outcomes**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Basic Education**

Issued Date :
November 5, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Anger Management**

Completion Date :
October 31, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Behavior Change**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing
**Career Resources**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Contemporary Technology Skills - v2**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Conflict Resolution**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Entrepreneurship**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Substance Abuse Education**

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

### Skill Based Education

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Financial Literacy**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

## HAROLD SOBEL

For Successfully Completing

### Time Management

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing
**Healthy Coping Skills**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Health Education**

Completion Date :
November 6, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Identification Package**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Job Readiness**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

## HAROLD SOBEL

For Successfully Completing

**Presentation Skills**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

### HAROLD SOBEL

For Successfully Completing

**My SWOT - How to use your Knowledge**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Making and Carrying Out Tough Decisions**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Peace Education Program
## The Prem Rawat Foundation

This certificate acknowledges that

### *HAROLD SOBEL*

has participated in the Peace Education Program

November 7, 2021



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Building Your Presentation**

Completion Date :
November 8, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Become a Great Listener**

Completion Date :
November 7, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

*Skillsoft: Cultivating Relationships with Your Peers*

Completion Date :
November 8, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Choosing and Using the Best Solution**

Completion Date :
November 8, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them**

Completion Date :
November 8, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Ensuring Successful Presentation Delivery**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing
**Skillsoft: Interacting with Customers**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Skillsoft: Establishing Self-confidence for Life**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Skillsoft: Take a Deep Breath and Manage Your Stress**

Completion Date :
November 13, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**HAROLD SOBEL**

For Successfully Completing

**Skillsoft: The Art of Staying Focused**

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Understanding Unconscious Bias**

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Overcoming Your Own Unconscious Biases**

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Reaching Sound Conclusions**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing
**Skillsoft: Receiving Feedback**

Completion Date :
November 15, 2021

Skillsoft

Course Location :
GTL LMS



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Overcoming Unconscious Bias in the Workplace**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Managing Pressure and Stress to Optimize Your Performance**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Skill**S**ft®

# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Planning an Effective Presentation**

Completion Date :
November 15, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Uncovering and Utilizing Your Talents and Skills**

Completion Date :
November 12, 2021

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

## HAROLD SOBEL

For Successfully Completing

**Skillsoft: Solving Problems: Generating and Evaluating Alternatives**

Completion Date :
November 16, 2021

Course Location :
GTL LMS

Skillsoft

# STARTER U

The Brian Hamilton Foundation hereby certifies

has completed the Starter U online entrepreneurship course.

## HAROLD SOBEL

Completion Date :
November 12, 2021

Brian Hamilton
Founder, Brian Hamilton Foundation



BH

BRIAN
HAMILTON
FOUNDATION