# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD DAVID SOBEL,<br><br>　　　　Defendant. | 2:21-CR-235-APG-EJY<br><br>**Amended Final Order of Forfeiture** |

　　This Court found that Harold David Sobel shall pay the in personam criminal forfeiture money judgment of $182,000 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Information, ECF No. 50; Plea Agreement, ECF No. 52; Arraignment & Plea, ECF No. 53; Preliminary Order of Forfeiture, ECF No. 54; Judgment in a Criminal Case with Final Order of Forfeiture, ECF No. 95.

　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　The in personam criminal forfeiture money judgment amount of $182,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

　　On August 14, 2024, the government filed a Motion to Substitute and to Forfeit Property of Harold David Sobel under Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(A), (p)(1)(D), and (p)(2), ECF No. 106. The United States served or attempted to serve the Motion on known third parties to provide an opportunity to respond to the

Motion. Certificate of Service, ECF No. 110. No Response was filed. On September 16, 2024, this Court granted the Motion to Substitute and to Forfeit, ECF No. 107.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 20, 2024, through October 19, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 109-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 111.

On October 17, 2024, the United States Attorney's Office served Harold David Sobel with copies of the Substitution and Forfeiture Order as to the Property of Harold David Sobel and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No.111-1, p. 3-13.

On October 23, 2024, the United States Marshals Service executed the Substitution and Forfeiture Order and took the property into custody. Service of Process, ECF No. 108.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States: $5,105 in U.S. Currency (property); and

that the United States recover from Harold David Sobel the in personam criminal forfeiture money judgment of $182,000, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $22 million under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C.

§ 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p), and that the property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____December 2_____, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE