Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kahssai
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kahssai@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Harold David Sobel,<br><br>    Defendant. | Case No. 2:21-cr-00235-APG-EJY-1<br><br>ORDER GRANTING<br>**Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |

Comes now, the Defendant Harold Sobel, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Sobel's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Sobel seeks to file the financial affidavit under seal because it discloses his full financial information.

/ / /

/ / /

/ / /

For the reasons set forth above, Mr. Sobel respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

DATED: March 28, 2025.

                Respectfully submitted,
                Rene L. Valladares
                Federal Public Defender

        By:  /s/ *Aden Kahssai*
                Aden Kahssai
                Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:  March 31, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2