Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kahssai
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kahssai@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:21-cr-00235-APG-EJY-1 |
|---|---|
| Plaintiff, | **Motion For Leave to File Under Seal Exhibit A to Motion for Early Termination of Supervised Release** |
| v. | |
| Harold David Sobel, | |
| Defendant. | |

    Comes now, the Defendant Harold Sobel, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Federal, files this Motion Seeking Leave to File Exhibit A to Mr. Sobel's Motion for Early Termination of Supervised Release Under Seal Pursuant to Local Rule 10-5 because it provides medical information regarding Mr. Sobel's medical diagnoses and treatment plans. As such, disclosure of the fact and nature of the information in these records are protected by HIPAA.

///

///

///

For the reasons set forth above, Mr. Sobel respectfully requests the Court allow him leave to file Exhibit A to the Motion for Early Termination of Supervised Release under seal and further requests that the Court maintain them under seal.

DATED: March 28, 2025.

      Respectfully submitted,
      Rene L. Valladares
      Federal Public Defender

By: */s/ Aden Kahssai*
      Aden Kahssai
      Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: May 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2